Abdullah AL–KIDD, Plaintiff–Appellee,

v.

John ASHCROFT, Attorney General, Defendant–Appellant.

No. 06–36059.

United States Court of Appeals, Ninth Circuit.

Aug. 3, 2011.

Lee P. Gelernt, ACLU–American Civil Liberties Union Foundation, New York, NY, R. Keith Roark, Esquire, Hailey, ID, Cynthia J. Woolley, The Law Offices of Cynthia J. Woolley, PLLC, Ketchum, ID, for Plaintiff–Appellee.

Matthew M. Collette, Robert Loeb, DOJ—U.S. Department of Justice, Washington, DC, for Defendant–Appellant.

Before: HARRY PREGERSON,[1] CARLOS T. BEA, and MILAN D. SMITH, JR., Circuit Judges.

---

1. Judge Harry Pregerson was substituted for the late Judge David R. Thompson. *See* General Order 3.2(g).

## ORDER

Pursuant to the Opinion of the Supreme Court in *Ashcroft v. al-Kidd,* —— U.S. ——, 131 S.Ct. 2074, 179 L.Ed.2d 1149 (2011), the district court's denial of Defendant Ashcroft's motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(6) is REVERSED, and the matter is REMANDED for proceedings consistent with the Supreme Court's Opinion.